No. 71–5144. McNeil v. Director, Patuxent Institution. Ct. Sp. App. Md. [Certiorari granted, *ante*, p. 999.] Motion of petitioner for appointment of counsel granted. It is ordered that E. Barrett Prettyman, Jr., Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 71–5497. Herron v. Wainwright, Corrections Director. Motion for leave to file petition for writ of habeas corpus denied.

No. 71–588. Dixie Mining Co. v. Bazelon, Chief Judge, U. S. Court of Appeals, et al. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 71–5523. Butenko v. Alldredge, Warden, et al. Motion for leave to file petition for writ of mandamus denied. Mr. Justice Marshall took no part in the consideration or decision of this motion.

No. 71–630. Curtis, U. S. District Judge, et al. v. United States Court of Appeals for the Ninth Circuit. Motion for leave to file petition for writ of prohibition denied.

No. 71–5139. Ham v. South Carolina. Sup. Ct. S. C. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1, presented by the petition, which reads as follows:

"1. Whether the trial judge's refusal to examine the jurors on *voir dire* as to whether petitioner's race or pretrial publicity would affect their ability to render a fair verdict violated petitioner's right to an impartial jury, guaranteed by the Sixth and Fourteenth Amendments to the Constitution?"